**Marianne KINNIKIN, Appellant,**

v.

**William FENTON and Darlene Fenton, Respondents.**

**No. 71021.**

Missouri Court of Appeals,
Eastern District,
Division Five.

March 18, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 1, 1997.

Michael G. Beck, Clayton, for Appellant.

Randall D. Sherman, Hillsboro, for Respondents.

Before AHRENS, C.J., and CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

## *ORDER*

PER CURIAM.

Plaintiff, Marianne Kinnikin, appeals from the trial court's judgment sustaining defendants', William Fenton and Darlene Fenton, motion for summary judgment in this action arising when defendants' dog bit plaintiff. No error of law appears and an opinion would have no precedential value. However, the parties have been furnished, for their use only, with a memorandum explaining the reasons for this decision.

The judgment of the trial court is affirmed. Rule 84.16(b).